1 | Christopher Turtzo, NV Bar No. 10253
Bryan Baugh, NV Bar No. 16193
MORRIS, SULLIVAN, LEMKUL & TURTZO, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Phone (702) 405-8100
Fax (702) 405-8101
turtzo@morrissullivanlaw.com
baugh@morrissullivanlaw.com

*Attorneys for Defendants,*
*Argento SC by Sicura, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARMAGNE DOMINGO, | Case No.:    2:24-cv-00488-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| v. | **SECOND REQUEST** |
| ARGENTO SC BY SICURA INC.; AVALANCHE IP, LLC; ROSS STORES, INC. dba ROSS DRESS FOR LESS; DOES I through XXX; and ROE BUSINESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |
| ROSS STORES, INC. d/b/a ROSS DRESS FOR LESS, | |
| Cross-Claimant, | |
| vs. | |
| ARGENTO SC BY SICURA, INC.; AVALANCHE IP, LLC, | |
| Cross-Defendants. | |

1

ITS IS HEREBY STIULATED by and between the parties, Plaintiff Charmagne Domingo, Defendants/Third-party Defendants, ARGENTO SC BY SICURA, INC, and AVALANCHE IP, LLC, and Defendant Ross Stores Inc. dba Ross Dress for Less, by and through their undersigned counsel of record as follows:

**I.     Discovery Completed to Date**

To date, the following discovery has been completed:

- The parties have served initial FRCP 26 disclosures and supplements;
- The parties have propounded and responded to initial written discovery;
- The parties have propounded follow-up written discovery;
- The parties have served initial expert designations;
- The parties have engaged in extensive meet-and-confer efforts with their retained experts to develop a mutually agreeable destructive testing protocol for the subject chair, which is scheduled to occur on April 7, 2025

**II.    Discovery that remains to be completed**

- Production of supplemental and additional expert designations following the completion of the destructive testing of the chair on April 7;
- Deposition of the Plaintiff, Charmagne Domingo;
- Depositions of the defendants' 30(B)(6) witness;
- Depositions of the parties experts;
- Depositions of Plaintiff's treating doctors;
- Additional discovery that may be necessary and allowed under the applicable rules.

**III.   Good Cause Justifying the Requested extension**

This is a product liability/personal injury case.  Plaintiff contends she was injured when an Avalanche portable pocket chair collapsed while she was sitting on it. The parties have continued to move the matter forward in discovery, including initial disclosures and written discovery. The parties have also provided initial expert witness disclosures. Testing of the subject chair, which is still in Plaintiff's possession is outstanding. Over the last several weeks, the parties and their experts have engaged in extensive meet-and-confer efforts to establish an mutually agreed

protocol for the destructive testing of the subject chair and its fabric seat and also the coordinate the schedule for the testing at a time that worked for all expert witnesses to attend and observe. A joint testing protocol has now been agreed, and testing is scheduled to occur on April 7. The parties will require approximately 30 days from the completion of the testing to publish updated/additional expert reports regarding the chair and results of testing. Damages expert witnesses have already been disclosed.

In addition, counsel for Plaintiff has been preparing for trial during the month of March, and counsel for Defendant Arengto was in a multi-week arbitration during February and March. Due to counsel's trial schedules, the deposition of the Plaintiff and other lay witnesses has not occurred yet. It is anticipated that Plaintiff's deposition will occur in the end of April or the first few weeks of May 2025.

For these reasons, the parties request to extend the current discovery cut-off by 90 days to allow for completion of the above activities.

**IV.    Proposed Discovery Schedule**

| Discovery | Current Deadline | Proposed Deadline |
|---|---|---|
| **Discovery Cut-Off** | April 23, 2025 | July 22, 2025 |
| **Dispositive Motions** | May 26, 2025 | August 25, 2025 |
| **Pre-Trial Order** | June 25, 2025 | September 23, 2025 |

DATED this 1st day of April 2025

**GAZDA & TADAYON**

*/s___Lewis Gazda_____*
Lewis J. Gazda, Esq.
Nevada Bar No. 4269
2600 S. Rainbow Boulevard, Suite 200
Las Vegas, NV 89146
Telephone (702) 220-7128
Fax (702) 220-7152
lewisjgazda@gmail.com
*Attorneys for Plaintiff Charmayne Domingo*

DATED this 2nd day of April 2025

**MORRIS, SULLIVAN, LEMKUL & TURTZO, LLP**

 */s/   Christopher Turtzo_____*
Christopher A. Turtzo, NV Bar No. 10253
Bryan Baugh, NV Bar No. 16193
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169

*Attorneys for Defendants Argento and Avalanche*

3

DATED this 31st day of March 2025

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By: */s/ Craig Newman*
Craig S. Newman, Esq.
Nevada Bar No. 03780
Steve Foremaster, Esq.
Nevada Bar No. 10350
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone (702) 893-3383
Fax (702) 893-3789
Craig.newman@lewisbrisbois.com
*Attorneys for Defendant/Cross-Claimant*
*Ross Stores, Inc. DBA Ross Dress for Less*

## ORDER

**IT IS SO ORDERED** that the parties' stipulation to extend discovery deadlines is hereby GRANTED.

DATED this 3rd day of April, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
CASE NO.: 2:24-cv-00342-APG-DJA

4