1   Christopher Turtzo, NV Bar No. 10253
    Bryan Baugh, NV Bar No. 16193
2   MORRIS, SULLIVAN, LEMKUL & TURTZO, LLP
    3960 Howard Hughes Parkway, Suite 400
3   Las Vegas, NV 89169
    Phone (702) 405-8100
4   Fax (702) 405-8101
    turtzo@morrissullivanlaw.com
5   baugh@morrissullivanlaw.com

6   *Attorneys for Defendants,*
    *Argento SC by Sicura, Inc. and Avalanche IP, LLC*

7

8                    **UNITED STATES DISTRICT COURT**

                        **DISTRICT OF NEVADA**
9

10  CHARMAGNE DOMINGO,                      | Case No.:    2:24-cv-00488-DJA

11              Plaintiff,

12  v.                                       **STIPULATION AND ORDER TO EXTEND
                                             THE DEADLINE FOR OPPOSITION TO
13  ARGENTO SC BY SICURA INC.;              DEFENDANT ROSS STORES, INC. DBA
    AVALANCHE IP, LLC; ROSS STORES, INC.    ROSS DRESS FOR LESS'S MOTION FOR
14  dba ROSS DRESS FOR LESS; DOES I         SUMMARY JUDGMENT AGAINST
    through XXX; and ROE BUSINESS           DEFENDANTS/CROSS-DEFENDANTS
15  ENTITIES I through XXX, inclusive,      ARGENTO SC BY SICURA INC. AND
                                             AVALANCHE IP, LLC**
16              Defendants.
                                             **(First Request)**
17

18  ROSS STORES, INC. d/b/a ROSS DRESS
    FOR LESS,
19
                Cross-Claimant,
20
21  v.

22  ARGENTO SC BY SICURA, INC.;
    AVALANCHE IP, LLC,
23
                Cross-Defendants.
24

25      IT IS HEREBY STIPULATED AND AGREED between Defendant/Cross-Claimant

26  ROSS STORES, INC. dba ROSS DRESS FOR LESS ("Ross"), by and through its counsel of

27  record LEWIS BRISBOIS BISCAARD & SMITH LLP, and Defendants/Cross-Defendants

28  ARGENTO SC BY SICURA, INC. and AVALANCHE IP, LLC ("Argento and Avalanche") by

                                    1

and through their counsel MORRIS SULLIVAN LEMKUL & TURTZO, LLP, that the briefing schedule regarding ROSS's August 25, 2025, Motion for Summary Judgment Against Defendants/Cross-Defendants Argento SC by Sicura, Inc. and Avalanche IP, LLC be extended.

On August 25, 2025, Ross filed a Motion for Summary Judgment Against Cross-Defendants in this case. The current deadline for Argento and Avalanche to file its opposition is September 15, 2025. However, counsel for Argento and Avalanche have been involved in a jury trial in the Eighth Judicial District Court, which began on September 8, 2025. As a result, there is good cause for the requested extension, and the extension is not for purposes of delay. The parties agree that the briefing schedule will be modified as follows:

- Argento and Avalanche's Deadline to file their Opposition: September 22, 2025
- Ross's Deadline to file its Reply: September 29, 2025.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **DATED this 12th day of September, 2025** | **DATED this 12th day of September, 20225** |
| **MORRIS, SULLIVAN, LEMKUL & TURTZO, LLP** | **LEWIS BRISBOIS BISCAARD & SMITH LLP** |
| BY: */s/ Christopher Turtzo* | BY: */s/ Stephen Foremaster* |
| Christopher Turtzo, Esq. NV Bar No. 10253 | Steven Foremaster, Esq. NV Bar No. 10350 |
| Bryan Baugh, NV Bar No. 16193 | 6385 S. Rainbow Blvd. Suite 600 |
| 3960 Howard Hughes Parkway, Suite 400 | Las Vegas NV, 89118 |
| Las Vegas, NV 89169 | *Attorney for Defendant Ross Stores Inc. d/b/a* |
| *Attorneys for Defendants/Cross-Defendants* | *Ross Dress for Less* |
| *Argento SC by Sicura, Inc. and Avalanche IP,* | |
| *LLC* | |

/ / /

1

2

**ORDER**

3     FOR GOOD CAUSE SHOWN AND BASED UPON THE STIPULATION OF THE

4  PARTIES, **IT IS HEREBY ORDERED** that Argento and Avalanche will have until September

5  22, 2025, to file its Opposition to Ross's Motion for Summary Judgment Against

6  Cross-Defendants. Ross's Reply in Support of its Motion for Summary Judgment is due on

7  September 29, 2025.

8

9     **DATED**: September 15, 2025.

10

11     _____

12     **RICHARD F. BOULWARE, II**
       **UNITED STATES DISTRICT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28