CRAIG S. NEWMAN
Nevada Bar No. 03780
Craig.Newman@lewisbrisbois.com
STEVEN L. FOREMASTER
Nevada Bar No. 10350
Steven.Foremaster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant/Cross-Claimant
ROSS STORES, INC. dba ROSS DRESS
FOR LESS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARMAGNE G. DOMINGO,<br><br>            Plaintiff,<br><br>      vs.<br><br>ARGENTO SC BY SICURA, INC.;<br>AVALANCHE IP, LLC; ROSS STORES<br>INC. dba ROSS DRESS FOR LESS;<br>DOES I through XXX; and ROE<br>BUSINESS ENTITIES I  through XXX,<br>inclusive,<br><br>            Defendants.<br>_____<br><br>ROSS STORES, INC. d/b/a ROSS<br>DRESS FOR LESS,<br><br>            Cross-Caimant,<br><br>      vs.<br><br>ARGENTO SC BY SICURA, INC.;<br>AVALANCHE IP, LLC,<br><br>            Cross-Defendants.<br>_____ | Case No.:  2:24-cv-00488-RFB-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND<br>THE DEADLINE FOR REPLY IN<br>SUPPORT OF ROSS STORES, INC. DBA<br>ROSS DRESS FOR LESS' MOTION FOR<br>SUMMARY JUDGMENT AGAINST<br>DEFENDANTS/CROSS-DEFENDANTS<br>ARGENTO SC BY SICURA, INC. AND<br>AVALANCHE IP, LLC**<br><br>**(First Request)** |

/ / /
/ / /
/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

163912151.1

**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR REPLY IN SUPPORT OF ROSS STORES, INC. DBA ROSS DRESS FOR LESS' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS/CROSS-DEFENDANTS ARGENTO SC BY SICURA, INC. AND AVALANCHE IP, LLC**

IT IS HEREBY STIPULATED AND AGREED between Defendant/Cross-Claimant ROSS STORES, INC. dba ROSS DRESS FOR LESS ("Ross"), by and through its counsel of record LEWIS BRISBOIS BISGAARD & SMITH LLP, and Defendant/Cross-Defendants ARGENTO SC BY SICURA, INC. and AVALANCHE IP, LLC ("Argento and Avalanche") by and through their counsel of record, MORRIS SULLIVAN LEMKUL & TURTZO, LLP, that the briefing schedule regarding Ross' August 25, 2025, Motion for Summary Judgment against Argento and Avalanche be extended.

On August 25, 2025, Ross filed  a Motion for Summary Judgment against Argento and Avalanche in this case. The current deadline by stipulation (ECF No. 44) for Ross to file its Reply in Support of Motion for Summary Judgment is September 29, 2025. However, the undersigned's ongoing recovery from a hospitalization for a MRSA leg infection and pneumonia has reduced work ability, including preparation of Ross' Reply in Support. As a result, there is good cause for the requested extension, and the extension is not for the purposes of delay. The parties agree that the briefing schedule will be modified as follows:

- Ross' deadline to file its Reply in Support: October 6, 2025.

**IT IS SO STIPULATED**

| DATED the 29th day of September, 2025 | DATED the 29th day of September, 2025 |
|---|---|
| **MORRIS, SULLIVAN, LEMKUL & TURTZO, LLP** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| /s/  *Bryan Baugh* <br> Christopher Turtzo, NV Bar No. 10253 <br> Bryan Baugh, NV Bar No. 16193 <br> 3960 Howard Hughes Parkway, Ste. 400 <br> Las Vegas, NV 89169 <br> *Attorneys for Defendants/Cross-Defendants Argento SC by Sicura, Inc. and Avalanche IP, LLC* | /s/ *Steven L. Foremaster* <br> Craig S. Newman, NV Bar No. 3780 <br> Steven L. Foremaster, NV Bar No. 10350 <br> 6385 S. Rainbow Blvd., Ste. 600 <br> Las Vegas, Nevada 89118 <br> *Attorneys for Defendant/Cross-Claimant Ross Stores, Inc. dba Ross Dress for Less* |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

163912151.1

1

2       ## ORDER

3       FOR GOOD CAUSE SHOWN AND BASED UPON THE STIPULATION OF THE

4       PARTIES, **IT IS HEREBY ORDERED** that Ross Stores, Inc. dba Ross Dress for Less will

5       have until October 6, 2025, to files its Reply in Support of Motion for Summary Judgment

6       against Argento SC by Sicura, Inc. and Avalanche IP, LLC.

7       **DATED**:  September 29, 2025.



        RICHARD F. BOULWARE, II
        UNITED STATES DISTRICT JUDGE



**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

163912151.1                          3